# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TITUS KEYON SANDIFER | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 5:18-CR-00018-MTT-CHW(1)<br>USM No. 01240-120<br><br>WILLIAM H. NOLAND<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __1-3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from owning, possessing, or having access to a firearm, ammunition, destructive device, or dangerous weapon. | 05/01/2023 |
| 2 | Failure to refrain from violation of the law in violation of the mandatory conditions of supervision the defendant committed the offense of Terroristic Threats. | 04/26/2023 |
| 3 | Failure to refrain from violation of the law in violation of the mandatory conditions of supervision by Possession of a Firearm by a Convicted Felon in Jones County, Georgia. | 05/01/2023 |

The defendant is sentenced as provided in pages 2 through __2__. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.    0001 | August 8, 2024 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth: 1979 | |
| | s/ Marc T. Treadwell |
| City and State of Defendant's Residence:<br>Macon, Georgia | Signature of Judge |
| | MARC T. TREADWELL<br>UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judge |
| | 8/20/2024 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: TITUS KEYON SANDIFER  
CASE NUMBER: 5:18-CR-00018-MTT-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Twenty-four (24) months to to be served consecutively to the term of imprisonment imposed this same date in 5:23-cr-33 (MTT) for a TOTAL TERM OF IMPRISONMENT of one hundred-two (102) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

 

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL